RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:  510-763-9967
Facsimile:   510-272-0711
pollockesq@aol.com

Attorney for Defendant
Okeisha Austin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OKEISHA AUSTIN,<br><br>Defendant. | No.  CR 11-0719 SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING OUT-OF-DISTRICT TRAVEL** |

Randy Sue Pollock, on behalf of Okeisha Austin, and Assistant United States Attorney Kyle Waldinger, hereby stipulate that defendant Austin may travel to the following locations in the coming month:

1. From December 28-30, 2012 to Las Vegas;

2. From January 6-11, 2013 to Alabama; and

3. From January 18-20, 2013 to Nashville, Tennessee;

These trips are all for the purpose of either vacation or visiting family.

///

///

///

///

///

1  Counsel has spoken to Pretrial Service Officer Mark Markowski, who is supervising Ms.
2  Austin in the Central District of California.  He is aware of her itinerary and has no
3  objection to this proposed travel.

5  SO STIPULATED.

7  DATED:   December 27, 2012            _____/s/_____
           RANDY SUE POLLOCK
           Counsel for Defendant Okeisha Austin

11 DATED:   December 27, 2012            _____/s/_____
           KYLE WALDINGER
           Assistant United States Attorney

13 IT IS SO ORDERED.

15 DATED: December 28, 2012              _____/s/ Jacqueline S. Corley_____
           Hon. Jacqueline Scott Corley
           United States Magistrate Judge