BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6830
     FAX: (415) 436-7234
     Kyle.Waldinger@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 11-0719 SI |
| Plaintiff, | **UNITED STATES' UNOPPOSED MOTION TO RE-SET HEARING DATE TO JANUARY 13, 2017** |
| v. | |
| OKEISHA AUSTIN, | |
| Defendant. | |

     The defendant Okeisha Austin has filed a *pro se* motion to terminate her term of supervised release.  Doc. 111.  On December 16, 2016, the Court set a hearing date of January 6, 2017, at 11:00 a.m.  Doc. 112.

     The United States now moves the Court to re-set the hearing to **January 13, 2017**, at 11:00 a.m.  Undersigned counsel for the government is scheduled to be on vacation on January 6, 2017.  The United States represents to the Court that undersigned counsel communicated by email with the defendant on December 20 and December 21, 2016 regarding changing the hearing date to January 13, 2017.  In an email on December 21, 2016, Ms. Austin stated "I would be agreeable to moving the motion hearing to the 13th."

     The government also notes that, in her motion, the defendant stated "No hearing is sought in this matter per Fed. R. Crim. P. 32.1(c)(2)(B)."  Doc. 111, at 1.  The United States also has no objection to

the Court resolving the motion on the papers.  However, if the Court does hold a hearing on the

defendant's motion, the United States requests that the Court re-set the hearing date to January 13, 2017

at 11:00 a.m.  The United States will otherwise file its response to the defendant's motion on or before

December 23, 2016.


DATED: December 21, 2016                                  Respectfully submitted,

                                                         BRIAN J. STRETCH
                                                         United States Attorney


                                                         _____/s/_____
                                                         KYLE F. WALDINGER
                                                         Assistant United States Attorney