UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OKEISHA L. AUSTIN,<br>Defendant. | Case No. 11-cr-00719-SI-1<br><br>**ORDER DENYING DEFENDANT'S EX PARTE MOTION SEEKING INJUNCTION**<br><br>Re: Dkt. No. 132 |

Okeisha Austin, acting *in pro per*, has filed an "ex parte motion seeking injunction to remove unlawful entries" in various different law enforcement systems. Although not entirely clear, it appears that Austin objects to entries relating to this case that "can severely block all employment attempts made by [Austin] . . . ." Dkt. No. 132 at 1.[1] Austin requests that the Court verify unspecified information in law enforcement systems "to ensure that all were entered in the right area and tab otherwise" and she wants "all unlawful entries removed." *Id*. at 2. Austin also requests that the Court "review and secure" Austin's release date from prison as January 20, 2015 and her release date from supervised release as June 15, 2018. Finally, Austin requests the Court's assistance in "securing [Austin's] DNA CODE" to ensure that it is "LOCKED and inaccessible" by federal employees. *Id*.

The Court DENIES defendant's motion as it seeks relief the Court cannot grant. If Austin believes that agency records regarding her contain incorrect information, Austin should contact the agencies directly regarding the issue. As Austin has completed her sentence and is no longer on

---

[1] Additional information about defendant's criminal case and her sentence are set forth in the Court's Order Dismissing Defendant's Motion Pursuant to 28 U.S.C. Section 2255. Dkt. No. 130.

supervised release, the Court directs Austin to refrain from filing further motions in this closed criminal case.

**IT IS SO ORDERED**.

Dated: February 20, 2019

SUSAN ILLSTON
United States District Judge